JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Palm Avenue Associates LLC,** a California limited liability company,<br><br>　　　　Defendants. | Case No.:  2:20-cv-05952-AB (AFMx)<br><br>**JUDGMENT** |

　　　On April 12, 2022, the Court issued an Order denying Plaintiff's motion for summary judgment, granting summary judgment in favor of Defendant, dismissing Plaintiff's ADA claim with prejudice, and dismissing Plaintiff's state law claim without prejudice. (Dkt. No. 38).

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant, Palm Avenue Associates LLC, shall have judgment in its favor against Plaintiff, Orlando Garcia.

**IT IS SO ORDERED.**

Dated: April 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE